**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DISABILITY RIGHTS FLORIDA, INC.,
On behalf of its Clients and Constituents,

    Plaintiff,

vs.                                 Case No. 3:18-cv-00179-J-20JRK

JULIE JONES, Secretary, Florida Department
Of Corrections in her Official Capacity and
FLORIDA DEPARTMENT OF CORRECTIONS,
an Agency of the State of Florida,

    Defendants.
_____/

**JOINT MOTION FOR COURT ENTRY**
**OF STIPULATED HIPAA QUALIFIED PROTECTIVE ORDER**

       The Plaintiff, Disability Rights Florida, and Defendants, Florida Department of Corrections and Secretary Julie Jones, jointly move this Honorable Court for entry of the attached Stipulated HIPAA Qualified Protective Order (Exhibit #1) and state as follows:

       1.     On January 30, 2018, Plaintiff filed its Complaint against Defendants, Secretary Jones and the Florida Department of Corrections, alleging systemic constitutional and statutory inadequacies with the care and treatment provided in Defendants' inpatient mental health units. Dkt. #1.

       2.     On January 31, 2018, the Parties jointly filed a Motion for Adoption of Settlement Agreement to resolve this matter. Dkt. #3. The Settlement Agreement outlined comprehensive reforms the Defendants will implement and provided deadlines for specific tasks related to the implementation of the Settlement Agreement. Dkt. #3-1.

       3.     On February 7, 2018, this Honorable Court adopted the Settlement Agreement as an Order of the Court. Dkt. #9.

4.      On February 8, 2018, the Clerk entered the Settlement Agreement as an Order of the Court ("Order'). Dkt. #10.

5.      The Order requires the Parties to enter into an agreement allowing access to and protecting the confidentiality of any protected health information of current or former mentally ill patients housed in an inpatient unit with in the FDC. Dkt. #10 at 3. The Order further requires the agreement be submitted to the Court no later than March 15, 2018. Id.

6.      In accordance with the Order, the Parties negotiated a proposed Stipulated HIPAA Qualified Protective Order that outlines access to and handling of protected health information. The Stipulated HIPAA Qualified Protective Order is attached as Exhibit #1.

7.      The Parties assert that the Stipulated HIPAA Qualified Protective Order meets the requirements of the regulations promulgated under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), specifically 45 C.F.R. §164.512(e)(1)(ii)(B) and § 164.512(e)(1)(v).

8.      Additionally, the Stipulated HIPAA Qualified Protective Order addresses the access to and protection of protected health information by any Party to this action, to any Party's attorney (including the agents and employees of the parties and their attorneys), or any member of the monitoring team (defined in Section V of the Settlement Agreement adopted by the Court, Dkt. #9-1).

9.      The Parties submit the attached Stipulated HIPAA Qualified Protective Order for the Court's consideration and entry to govern the access to and protection of protected health information in this matter.

WHEREFORE, the Parties jointly request that this Court enter the attached Stipulated HIPAA Qualified Protective Order.

Respectfully Submitted,

/s/ Peter P. Sleasman  
Peter Prescott Sleasman  
Fla. Bar No. 367931  

Kristen Cooley Lentz  
Fla Bar No. 649635  

Disability Rights Florida  
4723-B NW 53rd Ave  
Gainesville, FL 32563  
850-488-9071 (telephone)  
850-488-8640 (facsimile)  
PeterS@DisabilityRightsFlorida.org  
KristenL@Disabilityrightsflorida.org  

David Allen Boyer  
Fla. Bar. No. 090917  
Disability Rights Florida  
1930 Harrison St., Suite 104  
Hollywood, FL 33020  
850-488-9071 (telephone)  
850-488-8640 (facsimile)  
DavidB@disabilityrightsflorida.org  

Andrea Costello  
Fla. Bar No. 532991  
Christopher M. Jones  
Fla. Bar No. 994642  
Florida Legal Services  
14260 W. Newberry Road, #412  
Newberry, FL 32669  
(407) 801-0332 (telephone)  
(407) 505-7327 (facsimile)  
Andrea@floridalegal.org  
Christopher@floridalegal.org  

George E. Schulz, Jr.  
Fla. Bar No. 169507  
Laura Renstrom  
Fla. Bar No. 108019  
Holland & Knight LLP  
50 North Laura Street Suite 3900  
Jacksonville, FL 32202  

/s/ Kenneth S. Steely  
Kenneth S. Steely, General Counsel  
Florida Bar Number: 084714  

Dorothy M. Burnsed, Deputy General Counsel  
Florida Bar Number: 0172782  

Florida Department of Corrections  
501 South Calhoun Street  
Tallahassee, Florida 32399-2500  
Tel. (850) 717-3605  
Fax (850) 922-4355  
Kenneth.Steely@fdc.myflorida.com  
Dorothy.Burnsed@fdc.myflorida.com  

Attorneys for the Defendants

(904) 353-2000 (telephone)
(904) 358-1872 (facsimile)
Buddy.Schulz@hklaw.com
Laura.Renstrom@hklaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of this pleading was served upon all Parties by electronic mail on March 9, 2018.

                              /s/ Kristen Cooley Lentz
                              Attorney for Plaintiff