# Mental Health Systems

(***Mental Health Systems will be reviewed off-site. CMA staff will request that supporting documentation be submitted with the Pre-Survey Questionnaire (PSQ). Supporting documentation will be assessed to determine compliance. ***)

Screen 1: There is evidence that mental health staff are appropriately credentialed.

Screen 2: Mental health clinical staff have received training on the development, implementation, and revisions of Individualized Service Plans.

Screen 3: There is a psychologist assigned to the inpatient unit to create, implement, and modify treatment plans collaboratively with MDST members and patients.

Screen 4: All clinical, classification, and security staff working in the inpatient unit have received appropriate training regarding the purpose, required attendees, and substance of an appropriate MDST meeting, including routine meetings and those in response to triggering events.

Screen 5: Clinical and security staff have received training on the prevention, management, and treatment of parties at risk to engage in self-injurious behavior.

Screen 6: Clinical staff have received training on appropriate organization and timely completion of medical records.

Screen 7: Psychologists, psychiatrists, and security staff have received training on the proper procedure, documentation, and consideration regarding discipline for behavior of patients on inpatient units.

Screen 8: Clinical and security staff routinely assigned to the inpatient unit have received training on conducting individualized assessments for use of restraints, the application of restraints on inpatient units, and the use of ETOs.

Screen 9: Security staff routinely assigned to the inpatient unit have received CIT training and at least eight hours of specialized training pertinent to inpatient mental health units.

Screen 10: Security staff have received training in motivational interviewing.

Screen 11: There is evidence that all prescribing staff have OBIS and laboratory record system accounts with passwords.

Screen 12: Prescribing staff have received training on OBIS and the laboratory record system.

Screen 13. Clinical and security staff have received training on the identification and assessment of suicide risk, suicide prevention, self-harm observation status (SHOS) procedures and required supervision of patient of SHOS.