# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**DISABILITY RIGHTS FLORIDA, INC.,**

      Plaintiff,

vs.                         Case No.  3:18-cv-179-J-20JRK

**JULIE JONES, Secretary, Florida Department of Corrections, in her Official Capacity, and FLORIDA DEPARTMENT OF CORRECTIONS,** an Agency of the State of Florida,

      Defendants.

---

**Counsel for Plaintiff:**       Andrea Costello, Esquire
                                Kristen Cooley Lentz, Esquire

**Counsel for Defendants :**    Joel Steven Carter, Esquire
                                Dorothy Burnsed, Esquire
                                Kenneth S. Steely, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 8/7/2018<br>10:08 a.m. - 1:45 p.m.<br>Recess<br>2:15 p.m. - 5:20 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**    SETTLEMENT CONFERENCE RE PLAINTIFF'S ATTORNEYS' FEES AND COSTS

<u>Present for Plaintiff</u>
    Cherie Hall

<u>Present for Defendants</u>
    Steve Coyle, Risk Management

**In chambers Settlement conference conducted - Settled.**